Justin Rhoads
PO Box 546
Osceola, MO.
64776

Deposit Funds, On-line at
InmateCanteen.com

Mailed From
ST. CLAIR COUNTY JAIL

65806-255950

Magistrate Judge
David P. Rush
United States Courthouse
222 N. John Q Hammons Parkway
Suite 2000
Springfield, MO
65806

REC'D APR 2 2 2019

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 54022
0000359603
$ 000.50⁰