IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 17-3126-01/03-CR-S-MDH |
| vs. | ) | |
| | ) | |
| Justin Rhoads, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF HEARING

COMES NOW, Meagan M. Howe, Attorney at Law, and requests a Notice of Hearing of Appointment of Counsel for Defendant Justin Rhoads. Counsel Meagan M. Howe consents with this Notice to Defendant's Request to remove undersigned counsel as attorney of record.

                          Respectfully Submitted,

                          /s/ Meagan M. Howe
                          Meagan M. Howe, MoBarNo 63774
                          519 S. Jefferson Suite A
                          Lebanon, MO 65536
                          (417) 595-7071
                          office@missourifirm.com

CERTIFICATE OF SERVICE

I, the undersigned hereby certify that a true and correct copy of the above document was served upon Assistant United States Attorney at the time this document was filed with the District Court Clerk using the PACER/ECF filing system.

                          /s/ Meagan M. Howe
                          Meagan M. Howe, 63774

                          Attorney for Defendant