# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-03126-CR-S-MDH |
| William F. Jones, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America, Plaintiff.

Date: 07/22/2021

/s/ Cameron A. Beaver
*Attorney's signature*

Cameron A. Beaver  #67947
*Printed name and bar number*

U.S. Attorney's Office
The Hammon's Tower
901 E. St. Louis Street, Ste. 500
Springfield, MO  65806
*Address*

Cameron.Beaver@usdoj.gov
*E-mail address*

(417) 831-4406
*Telephone number*

(417) 831-0078
*FAX number*